UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARICE A. BROOKS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | Case No. 3:25-cv-05765-JHC <br><br> **ORDER GRANTING EXTENSION OF TIME FOR THE PARTIES' RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT** |

It is hereby **ORDERED** that the United States' unopposed Motion at Dkt. # 16 is **GRANTED**. The new deadlines are as follows:

| **Deadline** | **New Date** |
|---|---|
| FRCP 26(f) Conference | January 26, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | February 9, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | February 16, 2026 |

ORDER GRANTING EXTENSION OF TIME FOR THE PARTIES' RULE
26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS
REPORT [Case No. 3:25-cv-05765-JHC] - 1

1   DATED this 15th day of December, 2025.

*John H. Chun*

JOHN H. CHUN
United States District Judge