UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CLARICE A. BROOKS, individually,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR BUREAU OF INDIAN AFFAIRS; FRANK KOUTELIERIS, individually and his marital community; ELIZABETH G. EYRE individually and her marital community; RYAN FARMER, individually and his marital community; DOMINGO ALMIROL, individually and his marital community; WILLIAM PAYNE individually and his marital community; KITSAP COUNTY, a county corporation, d/b/a KITSAP COUNTY SHERIFF, KITSAP HUMANE SOCIETY, a Washington Nonprofit Corporation, and KITSAP ANIMAL CONTROL; LAURYN SAUER, individually and her marital community; JENNIFER DUNLAP, individually and her marital community; CHASE CONNELLY, individually and his marital community; TAMMY LYNNE SULLIVAN, individually and her marital community; AIDAN C. PURSER, individually and her marital community; LEAH MICHELLE SYMES, individually and her marital community; and JOHN AND JANE DOES 1-10;

Defendants.

NO: NO: 3:25-cv-5765-JHC

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS LEAH MICHELEE SYMES AND JOHN DOE SYMES BY PUBLICATION

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS LEAH MICHELLE SYMES AND JOHN DOE SYMES BY PUBLICATION - Page 1

Cause No.: NO: 3:25-cv-5765-JHC

This matter having come before the Court on Plaintiff's Motion for Leave to Serve Defendants Leah Michelle Symes and John Doe Symes by Publication, Dkt. # 26, and the Court having examined the file in the instant matter, including:

1. Plaintiff's Motion for Leave to Serve Defendants Leah Michelle Symes and John Doe Symes by Publication; and

2. Declaration of Lara A. Wilcox in Support of Plaintiff's Motion for Leave to Serve Defendants Leah Michelle Symes and John Doe Symes by Publication, and the Exhibits thereto;

And the Court being otherwise fully informed, now, therefore, it is hereby ORDERED that Plaintiffs' Motion is hereby GRANTED. Defendants Leah Michelle Symes and John Doe Symes are to be summoned by publication to appear and defend the above-entitled action within sixty (60) days following the date of publication.

DATED this 16th day of March, 2026.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO SERVE DEFENDANTS LEAH
MICHELLE SYMES AND JOHN DOE SYMES
BY PUBLICATION - Page 2

Cause No.: NO: 3:25-cv-5765-JHC